MC 01 (6/04) SUMMONS AND COMPLAINT    MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

**PROOF OF SERVICE**

**SUMMONS AND COMPLAINT**
Case No. 10-CV-14746

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE**

☐ **OFFICER CERTIFICATE** OR ☒ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☒ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Steve Suolaka | 2790 W. Grand Blvd., Detroit, MI. 48202 | (Tuesday) 12/07/10 @ 11:20 AM |

☐ I have personally attempted to serve the summons and complaint, together with any attachments on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |

| Service fee $ | Miles Traveled | Mileage fee $ | Total fee $ | Signature _____ |
|---|---|---|---|---|

Title: Process Server

Subscribed and sworn to before me on Dec 8 2010, Wayne County, Michigan.
My commission expires: Feb 3 2012   Signature: Barbara Anne Murray
Notary public, State of Michigan, County of Wayne

Deputy court clerk/Notary public   BARBARA ANNE MURRAY
Notary Public, State of Michigan
County of Wayne
My Commission Expires Feb. 3, 2012
Acting in the County of Wayne

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with: _____
Attachments

Signature _____ on (Tuesday) 12/07/10 @ 11:20 AM
Day, date, time
on behalf of _____

# AFFIDAVIT OF SERVICE

| State of Michigan | County of Wayne | District Court |

Case Number: 10-CV14746

Plaintiff:
**COACH INC. & COACH SERVICES INC.**

vs.

Defendant:
**STEVE SUOLAKA**

For:
Donn Altmann
HY-TECH RESPONSE INC.
P.O. Box 912
Greenwood, IN 46142

Received by Great Lakes Process Services on the 3rd day of December, 2010 at 8:52 am to be served on **STEVE SUOLAKA, 2790 W. GRAND BLVD., DETROIT, MI 48202**.

I, JOANN FAY, being duly sworn, depose and say that on the **7th day of December, 2010** at **11:20 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **STEVE SUOLAKA** at the address of: **2790 W. GRAND BLVD., DETROIT, MI 48202**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/7/2010  11:20 am   Service Made: 2790 W. GRAND BLVD., DETROIT, MI 48202 at 11:20am. Defendant was personally served.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 7th day of December, 2010 by the affiant who is personally known to me.

_Barbara Anne Murray_
NOTARY PUBLIC

BARBARA ANNE MURRAY
Notary Public, State of Michigan
County of Wayne
My Commission Expires Feb. 3, 2012
Acting in the County of Wayne

_Joann Fay_
**JOANN FAY**
Process Server

**Great Lakes Process Services**
22211 Michigan Ave. #542
Dearborn, MI 48124
(313) 671-7801

Our Job Serial Number: 2010000321

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z

Case 2:10-cv-14746-AJT-MJH   Document 6   Filed 01/04/11   Page 3 of 3

Case 2:10-cv-14746-AJT-MJH   Document 5   Filed 11/30/10   Page 6 of 6

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 10-cv-14746
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Steve Suolaka

Date of Service: (Tuesday) 12/07/10

## Method of Service

✓ Personally served at this address: 2790 W. Grand Blvd., Detroit, MI. 48202

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $35.00   Total $35.00

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Joann Fay
Signature of Server: Joann Fy
Date: 12/07/10
Server's Address: 22211 Michigan Ave, #547, Dearborn, MI. 48124

Before me this Dec 8 2010
Barbara anne murray

BARBARA ANNE MURRAY
Notary Public, State of Michigan
County of Wayne
My Commission Expires Feb. 3, 2012
Acting in the County of Wayne