UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC. and COACH SERVICES, INC.,

        Plaintiffs,

v

TAX CONNECTION WORLDWIDE, CHECK GROUP CORP. and STEVE SUOLAKA,

        Defendants.

Case No.: 10-cv-14746
Hon. Arthur J. Tarnow

**APPEARANCE**

---

ALEJANDRO VALLE
GONZALEZ, SAGGIO and HARLAN, LLP
*Attorney for Plaintiffs*
135 N. Pennsylvania Street, Suite 1740
Indianapolis, IN 46204
317.686.9800/fax 317.686.9821
vallea@gshllp.com

FRANK A. MISURACA (P55643)
KAUFMAN, PAYTON & CHAPA, P.C.
*Attorney for Def. Check Group & Suolaka*
30833 Northwestern Hwy., Suite 200
Farmington Hills, MI 48334
248.626.5000/fax 248.626.2843
famisuraca@kaufmanlaw.com

---

## APPEARANCE

PLEASE TAKE NOTICE that Frank Misuraca of Kaufman, Payton & Chapa hereby enters his Appearance on behalf of **Defendants, CHECK GROUP CORP. and STEVE SUOLAKA**.

                                                  Respectfully submitted,

                                                  KAUFMAN AND PAYTON

                                                  /s/ Frank A. Misuraca
                                                  FRANK A MISURACA (P55643)
                                                  200 Kaufman Financial Center
                                                  30833 Northwestern Highway
                                                  Farmington Hills, MI 48334
                                                  248.626.5000/fax248.626.2843
                                                  famisuraca@kaufmanlaw.com

Date: January 10, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC. and COACH SERVICES, INC.,

        Plaintiffs,

v

TAX CONNECTION WORLDWIDE, CHECK GROUP CORP. and STEVE SUOLAKA,

        Defendants.

Case No.: 10-cv-14746
Hon. Arthur J. Tarnow

**CERTIFICATE OF SERVICE**

---

ALEJANDRO VALLE
GONZALEZ, SAGGIO and HARLAN, LLP
*Attorney for Plaintiffs*
135 N. Pennsylvania Street, Suite 1740
Indianapolis, IN 46204
317.686.9800/fax 317.686.9821
vallea@gshllp.com

FRANK A. MISURACA (P55643)
KAUFMAN, PAYTON & CHAPA, P.C.
*Attorney for Def. Check Group & Suolaka*
30833 Northwestern Hwy., Suite 200
Farmington Hills, MI 48334
248.626.5000/fax 248.626.2843
famisuraca@kaufmanlaw.com

---

    I hereby certify that on January 10, 2011 I electronically filed an Appearance and this Certificate of Service with the Clerk of the Court, using the ECF system, which will send notification of such filing to Alejandro Valle.

                /s/ Frank Misuraca
                FRANK MISURACA (P55643)
                KAUFMAN, PAYTON & CHAPA
                30833 Northwestern Hwy., Ste. 200
                Farmington Hills, MI 48334
                (248) 626-5000/Fax (248) 626-2843
                famisuraca@kaufmanlaw.com

Dated: January 10, 2011
F:\DOCS\10200523\PLDG\K006207o.DOC