UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC. and COACH SERVICES, INC.,

        Plaintiffs,

v

TAX CONNECTION WORLDWIDE, CHECK GROUP CORP. and STEVE SUOLAKA,

        Defendants.

Case No.: 10-cv-14746
Hon. Arthur J. Tarnow

**STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

---

ALEJANDRO VALLE
GONZALEZ, SAGGIO and HARLAN, LLP
*Attorney for Plaintiffs*
135 N. Pennsylvania Street, Suite 1740
Indianapolis, IN  46204
317.686.9800/fax 317.686.9821
vallea@gshllp.com

FRANK A. MISURACA (P55643)
KAUFMAN, PAYTON & CHAPA, P.C.
*Attorney for Def. Check Group & Suolaka*
30833 Northwestern Hwy., Suite 200
Farmington Hills, MI  48334
248.626.5000/fax 248.626.2843
famisuraca@kaufmanlaw.com

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Mich. LR 83.4, CHECK GROUP CORP. makes the following disclosure: (NOTE: *A negative report, if appropriate, is required.*)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐     No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☒     No ☐

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: Lloyd's, London
    Nature of Financial Interest: There is an insurance policy providing a defense.

                                /s/ Frank Misuraca
                                FRANK MISURACA (P55643)
                                ***Attorneys for Defs. Check Group Corp. & Suokala***
                                30833 Northwestern Highway, Suite 200
                                Farmington Hills, MI 48334
                                (248) 626-5000/fax: (248) 626-2843
    Date: January 11, 2011     famisuraca@kaufmanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC. and COACH SERVICES, INC.,

        Plaintiffs,

v

TAX CONNECTION WORLDWIDE, CHECK GROUP CORP. and STEVE SUOLAKA,

        Defendants.

Case No.: 10-cv-14746
Hon. Arthur J. Tarnow

**CERTIFICATE OF SERVICE**

---

| ALEJANDRO VALLE | FRANK A. MISURACA (P55643) |
|---|---|
| GONZALEZ, SAGGIO and HARLAN, LLP | KAUFMAN, PAYTON & CHAPA, P.C. |
| *Attorney for Plaintiffs* | *Attorney for Def. Check Group & Suolaka* |
| 135 N. Pennsylvania Street, Suite 1740 | 30833 Northwestern Hwy., Suite 200 |
| Indianapolis, IN 46204 | Farmington Hills, MI 48334 |
| 317.686.9800/fax 317.686.9821 | 248.626.5000/fax 248.626.2843 |
| vallea@gshllp.com | famisuraca@kaufmanlaw.com |

---

    I hereby certify that on January 11, 2011 I electronically filed Statement of Disclosure of Corporate Affiliations and Financial Interest and this Certificate of Service with the Clerk of the Court, using the ECF system, which will send notification of such filing to Alejandro Valle.

                              /s/ Frank Misuraca
                              FRANK MISURACA (P55643)
                              KAUFMAN, PAYTON & CHAPA
                              *Attorneys for Defs. Check Group & Suokala*
                              30833 Northwestern Hwy., Ste. 200
                              Farmington Hills, MI 48334
                              (248) 626-5000/Fax (248) 626-2843
                              famisuraca@kaufmanlaw.com

Dated: January 11, 2011