UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC. et al

        Plaintiff(s),

CASE NUMBER 10-14746

HONORABLE ARTHUR J. TARNOW

v.

TAX CONNECTION WORLWIDE, LLC et al,

        Defendant(s).
_____/

### ORDER TO SHOW CAUSE

IT IS ORDERED that Plaintiff respond in **writing** or otherwise show good cause why this action should not be dismissed *for lack of prosecution in accordance with LR 41.2*, by **March 25, 2010** as to defendant **Tax Connection Worldwide, LLC et al**.

                                              s/Arthur J. Tarnow
                                              Senior United States District Judge

Dated:  March 16, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2011, by electronic and/or ordinary mail.

                                              s/Lisa Ware
                                              Case Manager