IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

---

COACH, INC. and COACH SERVICES, INC.

               Plaintiffs,

         - against -

TAX CONNECTION WORLDWIDE, LLC,
CHECK GROUP CORP. and STEVE SUOLAKA,

               Defendants.

**Case No. 2:10-cv-14746-AJT-MJH**

---

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

In accordance with Fed. R. Civ. P. 55(a), and Local Rule 55.1, I request that a Clerk's Entry of Default be entered against Tax Connection Worldwide, LLC, for failure to plead or otherwise defend.

*AFFIDAVIT*

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on the Defendant, Tax Connection Worldwide, LLC, on December 7, 2010, by personal service. *See* Docket Document No. 7.

2. This Defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The Defendant is not an infant, incompetent person or active member of the military service, to Plaintiffs' knowledge.

4. This statement is true and is signed under the penalty of perjury.

1

Date:   March 24, 2011    /s/ Alejandro Valle_____
Alejandro Valle
Indiana State Bar No.:  22863-49
GONZALEZ, SAGGIO & HARLAN, LLP
135 N. Pennsylvania Street, Suite 1740
Indianapolis, Indiana  46204
(317) 686-9800
(317) 686-9821 (facsimile)
Alejandro_Valle@gshllp.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, a true and correct copy of this Request was filed electronically.  Notice of this filing will be sent to the following by operation of the Court's CM/ECF system.

>Frank A. Misuraca
>Kaufman, Payton & Chapa
>30833 Northwestern Highway
>Farmington Hills, Michigan 48334

>     /s/ Alejandro Valle          \_
>    Alejandro Valle

GONZALEZ SAGGIO & HARLAN, LLP
135 N. Pennsylvania Street, Suite 1740
Indianapolis, Indiana  46204
Telephone: (317) 686-9800
Facsimile: (317) 686-9821
Email: vallea@gshllp.com

**COUNSEL FOR PLAINTIFFS**

2