IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
COACH, INC. and COACH SERVICES, INC.    :
                    Plaintiffs,    :
        - against -    :    **Case No. 2:10-cv-14746**
TAX CONNECTION WORLDWIDE, LLC,    :    Honorable Arthur J. Tarnow
CHECK GROUP CORP. and STEVE SUOLAKA,    :
                   Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 

## ORDER REGARDING SHOW CAUSE ORDER

This matter having come before the Court on the Court's *sua sponte* Order directing Plaintiffs to Show Cause, and Plaintiffs having filed their written Response to that Order, and the Court being duly advised in the premises, the Court hereby ORDERS that this matter shall not be dismissed at this time, against any Defendant.

            S/ARTHUR J. TARNOW
            Arthur J. Tarnow
            Senior United States District Judge

Dated: March 25, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 25, 2011, by electronic and/or ordinary mail.

            S/Mike Williams for LISA M. WARE
            Case Manager

Distribution:

All counsel of record