UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Coach, Inc., et al.,

                    Plaintiff(s),

v.                                          Case No. 2:10−cv−14746−AJT−MJH
                                                   Hon. Arthur J. Tarnow

Tax Connection Worldwide,
LLC, et al.,

                    Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Tax Connection Worldwide, LLC

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ P. Miller
                                                Deputy Clerk

Dated:  March 30, 2011