IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC. | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| - against - | :    **Case No. 2:10-cv-14746-AJT-MJH** |
| TAX CONNECTION WORLDWIDE, CHECK GROUP CORP. and STEVE SUOLAKA, | :<br>:<br>: |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, by counsel, and Defendants, by counsel, hereby agree and stipulate to the dismissal of all of Plaintiffs' claims against Defendants, with prejudice, with each party hereto to bear her or its own costs and fees, as applicable.

                                              Respectfully Submitted,

                                              GONZALEZ SAGGIO & HARLAN, LLP

Dated: April 28, 2011                     ___/s/ Alejandro Valle_____
                                                Alejandro Valle
                                                Attorney for Plaintiffs

                                                KAUFMAN, PAYTON & CHAPA

Dated: April 28, 2011                     ___/s/ Frank A. Misuraca_(with permission)_____
                                                Frank A. Misuraca
                                                Attorney for Defendants Check Group Corp. and
                                                Steve Suolaka

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
COACH, INC. and COACH SERVICES, INC. :
                    Plaintiffs, :
                  - against - : **Case No. 2:10-cv-14746-AJT-MJH**
TAX CONNECTION WORLDWIDE, CHECK :
GROUP CORP. and STEVE SUOLAKA, :
                  Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs, by counsel, and Defendants, by counsel, having filed their Stipulation of Dismissal, and the Court being duly advised in the premises, it is hereby ORDERED that the Court GRANTS the dismissal of all claims brought against Defendants by Plaintiffs, with prejudice, with all costs and fees heretofore incurred borne by each party, respectively.

                          S/ARTHUR J. TARNOW
                          Arthur J. Tarnow
                          United States District Judge

Dated:  April 29, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 29, 2011, by electronic and/or ordinary mail.

                          S/LISA M. WARE
                          Case Manager

Alejandro Valle
GONZALEZ SAGGIO & HARLAN, LLP
135 N. Pennsylvania St., Ste. 1740
Indianapolis, IN  46204
vallea@gshllp.com

2

Frank A. Misuraca
KAUFMAN, PAYTON & CHAPA
30833 Northwestern Highway
Farmington Hills, Michigan 48334
FAMisuraca@kaufmanlaw.com

2